IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, | ) ) ) ) | CASE NO.: 1:08 CV 196 |
| Appellant, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| VP BUILDINGS, INC., | ) ) | <u>JUDGMENT</u> |
| Appellee. | ) ) | |

Pursuant to a Memorandum Opinion and Order of this Court, the December 21, 2007 Order of the United States Bankruptcy Court for the Northern District of Ohio is AFFIRMED.

This case is TERMINATED.

    IT IS SO ORDERED.

                                      <u>s/Donald C. Nugent</u>
                                      DONALD C. NUGENT
                                      United States District Judge

DATED: <u>September 29, 2008</u>